## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

MITCHELL GAMBOW                                        PLAINTIFF

v.                          No. 4:23-cv-261-DPM

BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center;  SCOTT,
Lt., Faulkner County Detention
Center;  TIM RYALS;  and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center              DEFENDANTS

### ORDER

1.    The Court withdraws the reference.

2.    Gambow hasn't paid the $402 administrative and filing fee or filed an application to proceed *in forma pauperis*;  and the time to do so has passed.  *Doc. 2.*  His complaint will therefore be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

23 May 2023