IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MITCHELL GAMBOW                                                    PLAINTIFF

v.                          No. 4:23-cv-261-DPM

BROCKMAN, Sgt., Faulkner
County Detention Center;
HUFFMAN, Captain, Faulkner
County Detention Center; SCOTT,
Lt., Faulkner County Detention
Center;  TIM RYALS;  and DOES,
Captain, "John" and "Jane,"
Faulkner County Detention Center                                  DEFENDANTS

## JUDGMENT

Gambow's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 May 2023